### POLLOCK et al. v. PLATT.

(Supreme Court, Appellate Term. February 27, 1906.)

COURTS—MUNICIPAL COURT OF NEW YORK—SUBMISSION OF CONTROVERSY—AGREED STATEMENT OF FACTS—PRACTICE.

Where a cause was submitted on an agreed statement of facts without the affidavit of good faith prescribed by Municipal Court Act, § 241, Laws 1902, p. 1560, c. 580, the submission was ineffective.

Appeal from Municipal Court, Borough of Manhattan, Eleventh District.

Action by Solomon M. Pollock and another against Thomas C. Platt, as president of the United States Express Company. From a judgment in favor of defendant, plaintiffs appeal. Reversed.

Argued before SCOTT, P. J., and GIEGERICH and GREENBAUM, JJ.

Baggott & Ryall, for appellants.

PER CURIAM. This cause was submitted to the justice upon an agreed statement of facts, which was not, however, accompanied by the affidavit prescribed by section 241 of the Municipal Court Act (Laws 1902, p. 1560, c. 580). The submission was therefore ineffective, and the justice had no authority to award a judgment thereon.

Judgment reversed, and new trial ordered, without costs to either party.